BEFORE THE SECOND DIVISION, JUNE 2, 1964

No. 68593.—American Shipping Co., Inc. v. United States, protest 63/2489(B) (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of copper engravers' plates, not ground, the claim of the plaintiff was sustained.

No. 68594.—R. H. Macy & Co. Inc. v. United States, protest 62/11103 (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of cycle horns similar in all material respects to those the subject of *G. Joannou Cycle Co., Inc.* v. *United States* (46 Cust. Ct. 172, C.D. 2253), the claim of the plaintiff was sustained.

No. 68595.—Schick X-Ray Co., Inc. v. United States, protests 59/23749–11048 and 63/3372–13131 (Chicago).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of injectors and parts, in chief value of metal, similar in all material respects to those the subject of *Schick X-Ray Co., Inc.* v. *United States* (49 Cust. Ct. 38, C.D. 2358), the claim of the plaintiff was sustained.